UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNADETTE WILLIAMS, RICK MCCONNELL, ROSILYN WILSON, LINDA LEWIS, LATASHA HUFF, HAUNANIMAE CERVANTES-WHITE, MARIA MUNOZ, KIMBERLY BENSON, ROY TUINSTRA, EVELYN BROWN, MICHELLE SNYDER, WILLIAM ROSS DEAN, RICHARD DACHEFF, DIANE NEWKIRK, SANDRA SMILING, SHAUN ROBERT, ROQUE ESPINOZA, JENNIFER PAYNE, LATISHIA BOWDEN, and DJ NEILL, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>   Defendant. | Case No.: 1:22-cv-01422<br><br>Judge Virginia M. Kendall |

**DEFENDANT'S NOTICE OF PRESENTMENT OF PARTIALLY UNOPPOSED MOTION FOR AN IMMEDIATE CASE MANAGEMENT CONFERENCE AND TEMPORARY STAY**

Defendant State Farm Mutual Automobile Insurance Co. ("State Farm") provides notice to the Court and the Parties of its intent to present its Partially Unopposed Motion for An Immediate Case Management Conference and Temporary Stay at the following date and time, and before the following Judge:

 Date:  April 26, 2022

 Time:  9:00 a.m.

 Judge:  The Honorable Virginia M. Kendall

1

Dated: April 20, 2022                    Respectfully submitted,

<div style="margin-left:40%">

*s/ Joe Carlasare*
Joe Carlasare
SMITH AMUNDSEN
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Phone:   312.894.3200
Email:    jcarlasare@salawus.com

Peter W. Herzog
WHEELER TRIGG O'DONNELL LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone:   314.326.4129
Email:    pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Phone:   303.244.1842
Email:    robertson@wtotrial.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Co.*

</div>