**APPENDIX A**
**CAUSES OF ACTION**

| Plaintiff-less State | State Statutes | Breach of Contract | Good Faith & Fair Dealing | Unjust Enrichment | Declaratory Judgment |
|---|---|---|---|---|---|
| Alaska | Count 10: Violation of the Alaska Unfair Trade Practices and Consumer Protection Act; Alaska Stat. Ann. § 45.50.471, *et seq*. | Count 11 | Count 12 | Count 13 | Count 14 |
| Arizona | N/A | Count 15 | Count 16 | Count 17 | Count 18 |
| Colorado | Count 24: Violation of the Colo. Consumer Protection Act; Colo. Rev. Stat. § 6-1-101, *et seq*. | Count 25 | Count 26 | Count 27 | Count 28 |
| Connecticut | Count 29: Violation of the Conn. Unfair Trade Practices Act; Conn. Gen. Stat. Title 42, Ch. 735a, *et seq*. | Count 30 | Count 31 | Count 32 | Count 33 |
| District of Columbia | Count 34: Violation of the Consumer Protection Procedures Act; D.C. Code § 28-3901, *et seq*. | Count 35 | Count 36 | Count 37 | Count 38 |
| Idaho | N/A | Count 58 | Count 59 | Count 60 | Count 61 |
| Indiana | N/A | Count 67 | Count 68 | Count 69 | Count 70 |
| Iowa | N/A | Count 71 | Count 72 | Count 73 | Count 74 |
| Maine | Count 88: Violation of Me. Unfair Trade Practices Act; Me. Rev. Stat. Ann. 5, § 205-A, *et seq*. | Count 89 | Count 90 | Count 91 | Count 92 |

| Michigan | N/A | Count 97 | NA | Count 98 | Count 99 |
|---|---|---|---|---|---|
| Minnesota | Count 100: Violation of Minn. Prevention of Consumer Fraud Act; Minn. Stat. § 325F.68, *et seq.* | Count 101 | Count 102 | Count 103 | Count 104 |
| Montana | Count 114: Violation of Mont. Unfair Trade Practices & Consumer Protection Act; Mont. Code Ann. § 30-14-101, et seq. | Count 115 | Count 116 | Count 117 | Count 118 |
| Nebraska | Count 119: Violation of the Neb. Consumer Protection Act; Neb. Rev. Stat. § 59-1601, *et seq.* | Count 120 | Count 121 | Count 122 | Count 123 |
| Nevada | Count 124: Violation of the Nev. Deceptive Trade Practices Act; Nev. Rev. § 598.0903, *et seq.* | Count 125 | Count 126 | Count 127 | Count 128 |
| New Hampshire | N/A | Count 129 | Count 130 | Count 131 | Count 132 |
| New Jersey | Count 133: Violation of N.J. Consumer Fraud Act; N.J. Stat. Ann. § 56:8-1, *et seq.* | Count 134 | Count 135 | Count 136 | Count 137 |
| New Mexico | Count 138: Violation of the N.M. Unfair Trade Practices Act; N.M. Stat. Ann. § 57-12-1, *et. Seq.* | Count 139 | Count 140 | Count 141 | Count 142 |

| | | | | | |
|---|---|---|---|---|---|
| North Dakota | Count 153: Violation of the N.D. Unlawful Sales or Advertising Practices Act; N.D. Cent. Code § 51-15-01, *et seq.* | Count 154 | Count 155 | Count 156 | Count 157 |
| Oklahoma | N/A | Count 162 | Count 163 | Count 164 | Count 165 |
| Oregon | N/A | Count 166 | Count 167 | Count 168 | Count 169 |
| South Dakota | Count 179: Violation of the S.D. Deceptive Trade Practices & Consumer Protection Law; S.D. Codified Laws § 37-24-6, *et seq.* | Count 180 | Count 181 | Count 182 | Count 183 |
| Utah | N/A | Count 193 | Count 194 | Count 195 | Count 196 |
| Virginia | N/A | Count 197 | Count 198 | Count 199 | Count 200 |
| West Virginia | Count 201: Violation of the Consumer Credit & Protection Act; W. Va. Code § 46A-1-101, *et seq.* | Count 202 | Count 203 | Count 204 | Count 205 |
| Wisconsin | N/A | Count 206 | Count 207 | Count 208 | Count 209 |
| Wyoming | Count 110: Violation of the Wyo. Consumer Proctection Act; Wyo. Stat. Ann, § 40-12-102, *et seq.* | Count 211 | Count 212 | Count 213 | Count 214 |