UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNADETTE WILLIAMS, RICK MCCONNELL, ROSILYN WILSON, LINDA LEWIS, LATASHA HUFF, HAUNANIMAE CERVANTES-WHITE, MARIA MUNOZ, KIMBERLY BENSON, ROY TUINSTRA, EVELYN BROWN, MICHELLE SNYDER, WILLIAM ROSS DEAN, RICHARD DACHEFF, DIANE NEWKIRK, SANDRA SMILING, SHAUN ROBERT, ROQUE ESPINOZA, JENNIFER PAYNE, LATISHIA BOWDEN, and DJ NEILL, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>   Defendant. | Case No.: 1:22-cv-01422<br><br>Judge Virginia M. Kendall |

## DEFENDANT'S MOTION FOR LEAVE TO SUBMIT NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant State Farm Mutual Automobile Insurance Co. ("State Farm") respectfully requests leave to submit *Cudd v. State Farm Mutual Automobile Insurance Co.*, Case No. 4:21-cv-217 (CDL), ECF No. 29 (M.D. Ga. Oct. 28, 2022), as supplemental authority.

*Cudd* is a decision from the District Court for the Middle District of Georgia addressing the same arguments, premised on identical policy language, raised by State Farm in its Motion to Compel Appraisal or, In the Alternative, Dismiss or Grant Summary

1

Judgment. More specifically, *Cudd* is directly relevant to State Farm's arguments that (i) appraisal is mandatory once invoked (ECF No. 34 at 7-8), (ii) Plaintiffs' allegations raise a valuation dispute covered by appraisal (*ECF No. 34* at 4-6), and (ii) Plaintiffs cannot state claims without complying with the mandatory appraisal process, which is a condition precedent to suit. (ECF No. 34 at 9-13.) *Cudd* was decided on October 28, 2022, so State Farm could not have cited this authority earlier.

Accordingly, State Farm respectfully requests leave to submit *Cudd* as supplemental authority. A copy of State Farm's Notice of Supplemental Authority is attached as **Exhibit A**.

Dated: November 1, 2022

Respectfully submitted,

*s/ Peter W. Herzog III*
Joe Carlasare
SMITH AMUNDSEN
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Phone: 312.8894.3200
Email: jcarlasare@salawus.com

Peter W. Herzog III (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone: 314.326.4129
Email: pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Phone: 303.244.1842
Email: robertson@wtotrial.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Co.*