## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Bernadette Williams, et al.

                              Plaintiff,

v.                                         Case No.: 1:22−cv−01422

                                                Honorable Virginia M. Kendall

State Farm Mutual Automobile Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/26/2023. The Court grants Plaintiffs' Notice of Leave to Amend the Complaint [54]. Responsive Pleading regarding Amended Complaint shall be filed by 3/9/2023. If a Motion to Dismiss is filed, Response shall be filed by 3/23/2023; Reply due by 3/30/2023. Status hearing is set for 5/11/2023 at 9:00 AM. Motions to Dismiss [28], [30], and [33] are dismissed as moot. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.