# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bernadette Williams, et al.

                                           Plaintiff,

v.                                                 Case No.: 1:22–cv–01422

                                                          Honorable Virginia M. Kendall

State Farm Mutual Automobile Insurance Company

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: If they have not already done so, by 2/7/2024, the parties are to send a proposed order for their Joint Motion for Entry of ESI Protocol [Dkt. 139] to Judge Holleb Hotaling's Proposed Order inbox Proposed_Order_HollebHotaling@ilnd.uscourts.g ov.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.