UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNADETTE WILLIAMS, RICK MCCONNELL, IVAN SERRATA REYES, ROSILYN WILSON, LINDA LEWIS, LATASHA HUFF, HAUNANIMAE CERVANTES-WHITE, MARIA MUNOZ, TRACY OBRIEN, KIMBERLY BENSON, ROY TUINSTRA, EVELYN BROWN, MICHELLE SNYDER, PATRICIA COUCH, SABRINA CAPERS, WILLIAM ROSS DEAN, RICHARD DACHEFF, KRISTY KELLER, JASIMEN HERNANDEZ, EDGAR FLORIAN, MICHAEL GROSSBERG, MERRILL LOVE, DIANE NEWKIRK, SANDRA SMILING, DAVEY JOHNSTON, CYNTHIA ROEMER, SHAUN ROBERT, ROQUE ESPINOZA, JENNIFER PAYNE, LATISHIA BOWDEN, and DJ NEILL, TYSON DEWSNUP, and DEIRDRE PALMER, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>                  Defendant. | Case No.: 1:22-cv-01422<br><br>Judge Virginia M. Kendall |

## **PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs, by and through undersigned counsel, hereby move the Court for an order compelling Defendant to (1) produce documents from related litigation; (2) respond to discovery and produce documents concerning Defendant's knowledge and adoption of a "typical negotiation adjustment" to fraudulently and unlawfully reduce its payments owed to insureds; and (3) cooperate in the disclosure of all potential custodians and data sources of potentially relevant information.

For the reasons described in the accompanying memorandum in support, Plaintiffs' Motion to Compel should be granted.

Dated: March 1, 2024

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

By:/s/ *Andrew J. Shamis*
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
Edwin E. Elliot
edwine@shamisgentile.com
Leanna A. Loginov
lloginov@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**EDELSBERG LAW, P.A.**
Scott Edelsberg (*admitted pro hac vice*)
scott@edelsberglaw.com
Christopher Gold* (*admitted pro hac vice*)
chris@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320

**SEEGER WEISS LLP**
Christopher A. Seeger* (*admitted pro hac vice*)
Christopher L Ayers*(*admitted pro hac vice*)
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

**SEEGER WEISS LLP**
Scott A. George
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
sgeorge@seegerweiss.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

  I, Andrew Shamis, hereby certify that on this date, March 1, 2024, I caused the foregoing ***Motion to Compel Discovery*** to be filed with the Clerk of the Court via the Court's CM/ECF system, which will provide electronic mail notice to all counsel of record.

                <u>/s/Andrew J. Shamis</u>
                Andrew J. Shamis, Esq.