# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bernadette Williams, et al.

                              Plaintiff,

v.                                     Case No.: 1:22−cv−01422

                                       Honorable Virginia M. Kendall

State Farm Mutual Automobile Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2024:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: Upon review of the parties' submissions, the Court grants the parties' Joint Motion for Entry of ESI Protocol Order [Dkt. 139] and enters a Court−edited order. Enter ESI Protocol Order.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.