UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNADETTE WILLIAMS, IVAN SERRATA REYES, ROSILYN WILSON, HAUNANIMAE CERVANTES-WHITE, MARIA MUNOZ, TRACY OBRIEN, KIMBERLY BENSON, ROY TUINSTRA, MICHELLE SNYDER, PATRICIA COUCH, SABRINA CAPERS, WILLIAM ROSS DEAN, RICHARD DACHEFF, KRISTY KELLER, JASIMEN HERNANDEZ, EDGAR FLORIAN, MICHAEL GROSSBERG, MERRILL LOVE, DIANE NEWKIRK, SANDRA SMILING, DAVEY JOHNSTON, CYNTHIA ROEMER, ROQUE ESPINOZA, DJ NEILL, TYSON DEWSNUP, and DEIRDRE PALMER, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>       Defendant. | Case No.: 1:22-cv-01422<br><br>Judge Virginia M. Kendall |

**DEFENDANT'S OPPOSED MOTION TO STAY**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") respectfully requests that the Court stay this action, including State Farm's forthcoming motion for partial summary judgment, pending the Seventh Circuit's decision in *Schroeder v. Progressive Paloverde Insurance Co.*, No. 24-1559 (7th Cir.), which will address on Rule 23(f) review the certifiability of auto total loss class actions alleging systematic underpayments of "actual cash value," just like this one.

Counsel for State Farm conferred with counsel for Plaintiffs regarding the relief requested in this Motion, and Plaintiffs oppose the requested relief.

As explained in State Farm's accompanying memorandum in support of this Motion to Stay, which State Farm incorporates here by reference, the Seventh Circuit's decision in *Schroeder* will provide critical guidance to this Court and the parties in addressing the same class certification issues sure to arise here. The Court should therefore grant State Farm's motion to stay all proceedings in this case pending the Seventh Circuit's adjudication of the *Schroeder* appeal.

Dated: April 22, 2024    Respectfully submitted,

        <u>s/ Eric L. Robertson</u>
Joseph P. Carlasare
AMUNDSEN DAVIS LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Phone:    312.894.3200
Email:    jcarlasare@amundsendavislaw.com

Peter W. Herzog III (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone:    314.326.4129
Email:    pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Phone:    303.244.1842
Email:    robertson@wtotrial.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Co.*