**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BERNADETTE WILLIAMS, IVAN SERRATA REYES, ROSILYN WILSON, HAUNANIMAE CERVANTES-WHITE, MARIA MUNOZ, TRACY OBRIEN, KIMBERLY BENSON, ROY TUINSTRA, MICHELLE SNYDER, PATRICIA COUCH, SABRINA CAPERS, WILLIAM ROSS DEAN, RICHARD DACHEFF, KRISTY KELLER, JASIMEN HERNANDEZ, EDGAR FLORIAN, MICHAEL GROSSBERG, MERRILL LOVE, DIANE NEWKIRK, SANDRA SMILING, DAVEY JOHNSTON, CYNTHIA ROEMER, ROQUE ESPINOZA, DJ NEILL, TYSON DEWSNUP, and DEIRDRE PALMER, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>       Defendant. | Case No.: 1:22-cv-01422<br><br>Judge Virginia M. Kendall |

**JOINT MOTION TO VACATE AUGUST 8, 2024 PRESENTMENT HEARING AND TO ENTER BRIEFING SCHEDULE**

Plaintiffs and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively, the "Parties") respectfully request that the Court to vacate the August 8, 2024 presentment hearing on Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint ("Motion") and enter the Parties' proposed briefing schedule:

1.      Plaintiffs filed their Motion on July 26, 2024. (ECF No. 205.) Plaintiffs noticed their Motion for presentment for August 8, 2024.

2.      After Plaintiffs' filing, the Parties conferred and agreed to the following briefing schedule for the Motion: State Farm will file its Opposition to Plaintiffs' Motion no later than August 6, 2024, and Plaintiffs will file their Reply in Support of Plaintiffs' Motion no later than August 27, 2024.

3.      The Parties agreed to the proposed briefing schedule to help accommodate counsel for State Farm's conflict with the August 8 presentment date, as well as all counsels' professional and personal commitments during the month of August, including several pre-planned family vacations.

4.      The Parties' proposed briefing schedule will ensure briefing on Plaintiffs' Motion is completed expeditiously, and it will not unduly delay resolution of the Motion.

Accordingly, the Parties respectfully request that the Court vacate the August 8, 2024 presentment hearing and enter the Parties' proposed briefing schedule.

Dated: July 31, 2024

Respectfully submitted,

s/ Scott A. George

**SHAMIS** & **GENTILE, P.A.**
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
Edwin E. Elliott
edwine@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**EDELSBERG LAW, P.A.**
Scott Edelsberg*
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320

**SEEGER WEISS LLP**
Christopher A. Seeger*
Christopher L. Ayers*
55 Challenger Road, 6th FL
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

**SEEGER WEISS LLP**
Scott A. George
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
sgeorge@seegerweiss.com

*Counsel for Plaintiffs and the Proposed Class*
* Admitted *pro hac vice*

s/ Eric L. Robertson

Joseph P. Carlasare
AMUNDSEN DAVIS LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Phone:    312.894.3200
Email:     jcarlasare@amundsendavislaw.com

Peter W. Herzog III (*pro hac vice*)
Kaleb Gregory (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone:    314.326.4129
Email:     pherzog@wtotrial.com
              gregory@wtotrial.com

Eric L. Robertson (*pro hac vice*)
Thomas C. Dec (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Phone:    303.244.1842
Email:     robertson@wtotrial.com
              dec@wtotrial.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Co.*