UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNADETTE WILLIAMS, et al., themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:22-cv-01422<br><br>Judge Virginia M. Kendall |

**PLAINTIFFS' MOTION TO SEAL**
**OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE KIRK FELIX**

Plaintiffs, pursuant to Local Rule 26.2, , and the Stipulated Protective Order, ECF No. 121, ¶ 18, hereby move the Court for an Order allowing Plaintiffs to file under seal portions of Plaintiffs' Opposition to Defendants' Motion to Exclude Kirk Felix as well as the documents and evidence submitted in support of the Opposition.[1] Specifically, Plaintiffs request that the following documents be filed under seal and restricted from public access.

- Excerpts of Plaintiffs' Opposition to Defendants' Motion to Exclude Kirk Felix ("Merritt Opp."); and

- Exhibit 1 to Declaration of Andrew J. Shamis in Support of Felix Opp.: Excerpts of the Deposition of Douglas A. Graff, dated November 3, 2022, taken in *Chadwick v. State Farm Mut. Auto. Ins. Co.*, No. 4:21-cv-1161 (E.D. Ark.)

---

[1] Plaintiffs take no position on the propriety of Defendants' and non-parties' confidentiality designations but file this Motion pursuant to Local Rule 26.2 and in recognition of Defendants' and non-parties' designations under the Stipulated Protective Order. ECF No. 121.

- Exhibit 2 to Declaration of Andrew J. Shamis in Support of Felix Opp.: Excerpts of the Deposition of Neal Lowell, dated November 10, 2022, taken in *Chadwick v. State Farm Mut. Auto. Ins. Co.*, No. 4:21-cv-1161 (E.D. Ark.)

- Exhibit 3 to Declaration of Andrew J. Shamis in Support of Felix Opp.: Excerpts of the Deposition of Marthinus Laurentius Marais, dated April 18, 2023, taken jointly for the following suits: *Wiggins v. State Farm Mut. Auto. Ins. Co.*, No. 8:21-cv-03803-DCC (D.S.C.), and *Chadwick v. State Farm Mut. Auto. Ins. Co.*, No. 4:21-cv-1161 (E.D. Ark.)

- Exhibit 5 to Declaration of Andrew J. Shamis in Support of Felix Opp.: Excerpts of the Deposition of Kirk Felix, dated February 3, 2023, taken in *Chadwick v. State Farm Mut. Auto. Ins. Co.*, No. 4:21-cv-1161 (E.D. Ark.)

- Exhibit 6 to Declaration of Andrew J. Shamis in Support of Felix Opp.: Excerpts of the Deposition of Kirk Felix, May 3, 2023, taken in *Clippinger v. State Farm Mut. Auto. Ins. Co.*, No. 2:20-cv-02482-TLP, (W.D. Tenn.)

- Exhibit 7 to Declaration of Andrew J. Shamis in Support of Felix Opp.: Exhibit 3 to the deposition of Megan Tunnell O'Rourke, dated April 13, 2023, taken jointly for the following suits: *Wiggins v. State Farm Mut. Auto. Ins. Co.*, No. 8:21-cv-03803-DCC (D.S.C.), and *Chadwick v. State Farm Mut. Auto. Ins. Co.*, No. 4:21-cv-1161 (E.D. Ark.)

The materials sought to be filed under seal by this Motion identified above references and discuss information that were designated "Confidential" by either Defendants ("State Farm") or third-party, Audatex North America, Inc. ("Audatex"). Therefore, Plaintiffs discharge their obligation under Local Rule 26.2 and the Stipulated Protective Order by: (1) provisionally filing the documents subject to this Motion under seal; (2) simultaneously filing a public-record version of the Opposition to Defendants' Motion to Exclude Kirk Felix and incorporated exhibits with only the sealed documents redacted or excluded; and (3) moving the Court for leave to file the

documents under seal. L.R. 26.2; ECF No. 121, ¶ 18. Because the materials Plaintiffs seek to file under seal reference information and documents that were designated confidential by Defendants and Audatex, under the Protective Order, "any disputed Confidential Information will remain subject to this Protective Order until a contrary determination is made by the Court." *See* ECF No. 121, ¶ 16.

For the above reasons, Plaintiffs respectfully request that the Motion be granted and the Court enter an Order granting Plaintiffs' request to file portions of their Opposition to Defendants' Motion to Exclude Kirk Felix and supporting documents under seal.

Respectfully submitted on October 3, 2025.

/s/ *Andrew J. Shamis*
Andrew J. Shamis
Edwin E. Elliott
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Phone: 305-479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com

Scott Edelsberg
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Phone: 786-289-9471
scott@edelsberglaw.com

Christopher A. Seeger (*pro hac vice*)
Christopher L. Ayers (*pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Phone: 973-639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com

Scott A. George
**SEEGER WEISS LLP**
325 Chestnut Street, Suite 917

Philadelphia, PA 19106
Phone: (215) 564-2300
sgeorge@seegerweiss.com

Jacob L. Phillips (*pro hac vice*)
**JACOBSON PHILLIPS PLLC**
2277 Lee Rd., Ste. B
Winter Park, FL 32789
321-447-6461
jacob@jacobsonphillips.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Andrew J. Shamis, hereby certify that on this date, October 3, 2025, I caused the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF system, which will provide electronic mail notice to all counsel of record.

                                                                             */s/ Andrew J. Shamis*
                                                                             Andrew J. Shamis