**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BERNADETTE WILLIAMS, IVAN SERRATA REYES, ROSILYN WILSON, HAUNANIMAE CERVANTES-WHITE, MARIA MUNOZ, TRACY OBRIEN, KIMBERLY BENSON, MICHELLE SNYDER, PATRICIA COUCH, SABRINA CAPERS, WILLIAM ROSS DEAN, RICHARD DACHEFF, KRISTY KELLER, EDGAR FLORIAN, MERRILL LOVE, DIANE NEWKIRK, SANDRA SMILING, DAVEY JOHNSTON, CYNTHIA ROEMER, TYSON DEWSNUP, DEIRDRE PALMER, YVETTE MOUER, RAFAEL CHAVEZ, RICHARD SAGER, JAMES ASHE, CHERI ANBAR, MONICA WOODS, and JAMIE WALKER, themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation. <br><br> Defendants. | Case No.: 1:22-cv-01422 <br><br> Judge Virginia M. Kendall |

## MOTION FOR WITHDRAWAL OF ATTORNEY'S APPEARANCE

Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Insurance Company ("Defendants") respectfully move the Court for permission to withdraw the appearance of attorney Hanna Bustillo in this case. This Withdrawal of Appearance is solely for the withdrawal of attorney Hanna Bustillo, and not the law firms of Wheeler Trigg O'Donnell LLP or Amundsen Davis LLC. Peter W.

1

Herzog III, Eric L. Robertson, Thomas C. Dec, and Joseph P. Carlasare will continue as counsel on behalf of Defendants.

Accordingly, Defendants respectfully request that this Court grant leave for Hanna Bustillo to withdraw as counsel for Defendants.

| | |
|---|---|
| Dated: January 16, 2026 | Respectfully submitted, |

<div style="margin-left:40%">

s/Hanna Bustillo
Joseph P. Carlasare
AMUNDSEN DAVIS LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Phone:     312.894.3200
Email: jcarlasare@amundsendavislaw.com

Peter W. Herzog III (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone:     314.326.4129
Email:     pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
Thomas C. Dec (*pro hac vice*)
Hanna Bustillo (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Phone:     303.244.1842
Email:     robertson@wtotrial.com
               dec@wtotrial.com
               bustillo@wtotrial.com

*Attorneys for Defendants State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Insurance Company*

</div>